# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: COMMUNITY HEALTH SYSTEMS, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case Nos. 2:14-cv-01620-KOB<br>2:15-cv-0225-KOB<br><br>MDL No. 2595<br><br>Hon. Karon O. Bowdre |

## NOTICE OF WITHDRAWAL OF MOTION

Plaintiffs in *Angel-Lopez v. CHS et al.*, (formerly captioned *Brito v. CHS et al.*) Case No. 2:15-cv-225, respectfully withdraw the Motion for Initial Status Conference, Docket #49, filed on February 11, 2015.

Dated: February 12, 2015

                                        Respectfully submitted,

                                        Counsel for Plaintiffs in *Angel-Lopez v. Community Health Systems, Inc., et al.*, No. 2:15-cv-225-KOB:

                                        */s/ electronically signed Margaret M. Branch*
                                        Turner W. Branch
                                        Margaret Moses Branch
                                        Mary Lou Boelcke
                                        **BRANCH LAW FIRM**
                                        2025 Rio Grande Blvd. NW
                                        Albuquerque, NM 87104
                                        Phone (505) 243-3500
                                        Fax (505) 243-3534
                                        tbranch@branchlawfirm.com
                                        mbranch@branchlawfirm.com
                                        mlboelcke@branchlawfirm.com

## Certificate of Service

      I hereby certify that a copy of the foregoing Motion was filed electronically with the District Court for the Northern District of Alabama and served via CM/ECF to all counsel on this date, February 12, 2015.

                                      Respectfully submitted,

                                      */s/ Margaret M. Branch*
                                      Margaret M. Branch